**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **Fun Slide, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Case No. 6:15-cv-1124** |
| **v.** | § | |
| | § | |
| **Nanjing East Inflatables** | § | |
| **Manufacturing Co., Ltd., and** | § | **JURY TRIAL DEMANDED** |
| **Alfredo Garcia d/b/a Jumping Castles** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Fun Slide, LLC, ("Plaintiff"), by and through its undersigned counsel, for its Complaint against Defendants, Nanjing East Inflatables Manufacturing Co., Ltd. and Alfredo Garcia d/b/a Jumping Castles ("Defendants") makes the following allegations. These allegations are made upon information and belief.

## NATURE OF THE ACTION

1. This is an action for patent infringement pursuant to 35 U.S.C. § 271 to stop Defendants' infringement of United States Patent No. 8,360,895 ("the '895 Patent").

## PARTIES

2. Plaintiff Fun Slide LLC is a Texas limited liability company with an office located in Texas, at 719 W. Front Street, Suite 211, Tyler, Texas 75702.

3. Defendant Nanjing East Inflatables Manufacturing Co., Ltd., has an office and principal place of business at No. 21, Longhua Road, Luhe Economic Development Zone, Nanjing City, Jiangsu Province, China 211,500. Defendant Nanjing East Inflatables Manufacturing Co., Ltd additionally runs a direct warehouse, located in Los Angeles, to deliver goods directly, including in the State of Texas. See, Exhibit B.

4. Defendant Alfredo Garcia an individual d/b/a Jumping Castles, has an office and principal place of business at 8084 N. Desert Canutillo, Texas 79835. See, Exhibit C.

## JURISDICTION AND VENUE

5. This patent infringement action arises under the patent laws of the United States, including 35 U.S.C. §§ 271, et seq.

6. This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § § 1331 and 1338(a) because it arises under United States Patent law.

7. This Court has personal jurisdiction over the Defendants because they (either directly or through their subsidiaries, divisions, groups or distributors) have sufficient minimum contacts with the forum as a result of business conducted within the State of Texas and this district; and/or specifically over the Defendants (either directly or through their subsidiaries, divisions, groups or distributors) because of their infringing conduct within or directed at the State of Texas and this district. At a minimum, upon information and belief, Defendants have offered for sale inflatable water slides that infringe on the ‘895 Patent, and targeted sales in the State of Texas and in this district on their webpage www.east-inflatables.com. Finally, the Defendants have offered for sale inflatable water slides that infringe on the claims of the claims of the ‘895 Patent, and targeted sales in the State of Texas

and in this district through their agent Alfredo Gracia d/b/a Jumping Castles in Canutillo Texas.

8. Venue is proper in this district pursuant to 28 U.S.C. §1391(c) and 1400(b) because Defendants are deemed to reside in this district. In addition, at a minimum, Defendants are subject to this Court's personal jurisdiction in the acts and transactions including the sale of inflatable water slides which incorporate the technology covered by the claims of the '895 Patent throughout the State of Texas and this district.

**FACTS**

9. Plaintiff is the owner, by assignment, of the '895 Patent, entitled "Water Slide with Banked Curve Obstacal Region," which was duly and legally issued on January 29, 2013, by the United States Patent and Trademark Office.

10. A copy of the '895 Patent is attached to this Complaint as Exhibit A.

11. The claims of the '895 Patent are valid and enforceable.

**COUNT I**

**CLAIM FOR PATENT INFRINGEMENT**

**UNDER 35 U.S.C. § 271 ('895 PATENT)**

12. Plaintiff hereby incorporates by reference the allegations of paragraphs 1 through 11 of this Complaint as if fully set forth herein.

13. Defendants make, have made, sell, offers for sale, used and/or import into the United States inflatable water slides, including without limitation the Crocodile Isle Inflatable Water Park and Slide, Inflatable Water Gun Slide Swimming Splash Pool, Wild Rapids, Hurricane Slide With Pool, Big Blue Lagoon Water Slide, Circular Combo, The Sidewinder, Helix Slide2, Inflatable Kidwise Endless and

Inflatable Curve Slide. (Collectively the "Curved Inflatable Water Slide System"). See, Exhibit C, Exhibit D and Exhibit E.

14. Defendants' Curved Inflatable Water Slide System infringes on at least claim one of the '895 patent.

15. Unless enjoined by this Court, Defendants will continue to infringe the '895 patent.

16. Plaintiff has been, and will continue to be, irreparably harmed by Defendants' ongoing infringement of the '895 patent.

17. As a direct and proximate result of Defendants' infringement of the '895 Patent, Plaintiff has been and will continue to be damaged in an amount yet to be determined, including Plaintiff's lost profits, reasonable royalties or both.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for relief against Defendants as follows:

A. In favor of Plaintiff that Defendants have infringed the '895 Patent;

B. Requiring Defendants to pay Plaintiff its damages, costs, expenses, and pre-judgment and postjudgment interest for Defendants' infringement of the '895 Patent as provided under 35 U.S.C § 284; but not less than a reasonable royalty; and

C. For such other and further relief as may be just and equitable.

## DEMAND FOR TRIAL BY JURY

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby demands a jury trial on all issues and causes of action triable to a jury.

DATED: November 30, 2015

Respectfully submitted,

By: /s/ Daniel C. Cotman

Daniel Cotman
CA Bar No. 218315
dan@cotmanip.com
Rasheed M. McWilliams
CA Bar No. 281832
rasheed@cotmanip.com
Cotman IP Law Group, PLC
35 Hugus Alley, Suite 210
Pasadena, CA 91103
(626) 405-1413/FAX (626) 316-7577

**Attorneys for Fun Slide, LLC**